UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America,  )  Case No. 6- mj- 7169 - MAG
                           )
         *Plaintiff,*       )  STIPULATED ORDER EXCLUDING ~~FILED~~
                           )  TIME UNDER THE SPEEDY TRIAL ACT
    v.  JASON KAUFMAN       )
                           )                NOV - 9 2017
         *Defendant.*       )
                           )  SUSAN Y. SOONG
                              CLERK, U.S. DISTRICT COURT
                              NORTHERN DISTRICT OF CALIFORNIA
                              OAKLAND

For the reason stated by the parties on the record on  11/9/17 , the Court excludes time under the Speedy
Trial Act from  11/9/17 , to  12/8/17 , and finds that the ends of justice served by the
continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §
3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factors:

_____  Failure to grant a continuance would be likely to result in a miscarriage of justice.
          *See* 18 U.S.C. § 3161(h)(7)(B)(I).

_____  The case is so unusual or so complex, due to *[circle applicable reasons]* the number of
          defendants, the nature of the prosecution, or the existence of novel questions of fact
          or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial
          itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

_____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel,
          taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

_____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given
          counsel's other scheduled case commitments, taking into account the exercise of due diligence.
          *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

___✓___  Failure to grant a continuance would unreasonably deny the defendant the reasonable time
          necessary for effective preparation, taking into account the exercise of due diligence.
          *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

___✓___  For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. §
          3161(b) and waived with the consent of the defendant under Federal Rules of Criminal Procedure
          5.1(c) and (d).

_____  For the reasons stated on the record, it is further ordered that time is excluded under 18 U.S.C. §
          3161(h)(1)(E)(F) for delay resulting from removal/transport of the defendant to another district.

**IT IS SO ORDERED**.      and under Rule 5.1.

DATED: 11/9/17                    _____
                                 **Kandis A. Westmore**
                                 United States Magistrate Judge

STIPULATED: _____      _____
            Attorney for Defendant         Assistant United States Attorney