STEVEN G. KALAR
Federal Public Defender
Northern District of California
HANNI FAKHOURY
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3500
Facsimile: (510) 637-3507
Email: Hanni_Fakhoury@fd.org

Counsel for Jason Kaufman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON KAUFMAN<br><br>Defendant. | **Case No.:** CR 16–71691 MAG<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING DATE TO JULY 13, 2018 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>**Court:** Courtroom 4, 3rd Floor<br>**Hearing Date:** June 29, 2018<br>**Hearing Time:** 9:30 a.m. |

The preliminary hearing in this case is set for June 29, 2018. The parties jointly request the Court continue the hearing to July 13, 2018, at 9:30 a.m. as the parties are close to finalizing a potential resolution in this case. The parties further request that the Court exclude time under Federal Rule of Criminal Procedure 5.1(c) and (d) and the Speedy Trial Act, 18 U.S.C. § 3161, between June 29, 2018 and July 13, 2018 to allow for the effective preparation of counsel and continuity of counsel, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated: June 27, 2018
ALEX TSE
United States Attorney
Northern District of California

/S/
_____
KATIE MEDEARIS
Assistant United States Attorney


Dated: June 27, 2018
STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S/
_____
HANNI FAKHOURY
Assistant Federal Public Defender

## [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. The defendant and defense counsel need additional time to discuss the case and the evidence and the parties need additional time to finalize a potential resolution of the case;

2. These tasks are necessary for the defense preparation of the case and the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

3. The ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Based on these findings, it is hereby ordered that the status hearing date of June 29, 2018, scheduled at 9:30 a.m. is vacated and reset for July 13, 2018 at 9:30 a.m. before the Honorable Donna M. Ryu. It is further ordered that time is excluded pursuant to Federal Rule of Criminal Procedure 5.1(c) and (d), and the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from June 29, 2018 through July 13, 2018.

DATED: 6/28/18

_Kandis Westmore_
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge